# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOSEPH J. POWELL )<br>*Plaintiff* )<br>v. )<br>DARRELL GOODROW )<br>MICHAEL W. CARTER )<br>CITY OF ST. PETERSBURG )<br>*Defendant* | Civil Action No. 8:18-cv-385-T-AAS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Goodrow, Carter, and City of St. Petersburg recover costs from the plaintiff *(name)* Joseph J. Powell.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 12/16/2019

*CLERK OF COURT*

Catherine Morgan
*Signature of Clerk or Deputy Clerk*